John E. Stote
Majority Chairman
MCI-Norfolk
P.O. Box 43
Norfolk, MA 02056

Clerk of Courts
Sarah A. Thornton
Suite 2300
John J. Moakley
United States Courthouse
1 Courthouse Way
Boston, MA  02210

FILED
IN CLERKS OFFICE
2013 JUL 24  P 1: 15
U.S. DISTRICT COURT
DISTRICT OF MASS.

6/27/2013

RE: Stote, et al., v. Umass Correctional Health, el al.,
Docket No. 1-13-cv-10267-NMG

Dear Clerk Thornton,

Enclosed for filing please find the above mentioned suit COMPLAINT that this Court has been patiently waiting upon, there are approximately 130 Plaintiffs, all signed and a Amended Complaint in the works.

As for payment if the Court desires we can combined make the 450.00 payment, seperately we will have to go indigent, we will file a motion addressing this issue this week. We ask that Summons be sent again, and they will be sent to the Federal marshalls.

This is a very large suit, the Complaints are serious and it does take a long time for one man to put this together.

We thank you for your time and attention to this matter and look forward to your reply, I will be the lead Plaintiff, simpler that way, we may have counsel to help. Anything else needed please inform we will supply, five men have died in the last year traced directly back to medical, again thank you.

Respectfully,

John E. Stote

cc: file
    NIC-Secretary
    ALL Plaintiffs
    Attorney Bernard Grossberg